# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS MUSCAT,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION, et al.,<br><br>Defendants. | Case No. EDCV 19-02020 JVS (RAO)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Second Amended Complaint, the Report and Recommendation of United States Magistrate Judge ("Report"), Plaintiff's Objections to the Report ("Objections"), and all of the other records and files herein. Further, the Court has made a *de novo* determination of those portions of the Report to which Plaintiff has objected. The Court is not persuaded by Plaintiff's Objections and hereby accepts and adopts the Magistrate Judge's findings, conclusions, and recommendations.

///
///
///
///

Accordingly, IT IS ORDERED that this action is DISMISSED with prejudice.

DATED: January 30, 2020

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE