JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS MUSCAT, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION, et al., <br><br> Defendants. | Case No. EDCV 19-02020 JVS (RAO) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED: January 30, 2020

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE